Page 1 of 1

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWARD T. RIDLEY,
    Petitioner,

vs.                                Case No. 5:07cv157/RS/EMT

ANDY SELLERS, Warden,
    Respondent.
_____/

## O R D E R

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, as well as a motion to proceed in forma pauperis (Docs. 1, 2). From a review of the inmate bank account records, Petitioner had an average monthly deposit of $22.09 during the six-month period preceding the filing of the petition, and he had a balance of $6.43 on the date he received his inmate account certificate submitted in support of his motion to proceed in forma pauperis. Therefore, Petitioner shall be required to pay the $5.00 filing fee.

Accordingly, it is **ORDERED**:

1. Petitioner's application to proceed in forma pauperis (Doc. 2) is **DENIED**. Petitioner shall submit a payment of $5.00 to the clerk of this court within **THIRTY (30) DAYS** from the date of docketing of this order. The check should be made payable to "Clerk, U. S. District Court."

2. Failure of Petitioner to either submit the filing fee or explain his inability to do so may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 11th day of July 2007.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

Dockets.Justia.com