IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWARD T. RIDLEY,
    Petitioner,

vs.                          Case No.:  5:07cv157/RS/EMT

ANDY SELLERS, WARDEN,
    Respondent.
_____/

## ORDER

        This cause is before the court on Petitioner's Objection to Court Order (Doc. 6).  In the objection, Petitioner essentially requests that the court reconsider its order denying his motion to proceed in forma pauperis and directing him to pay the $5.00 filing fee (*see* Docs. 4, 6).  Petitioner argues that although he has a balance in his inmate account of $6.43, he is unable to spend it because the institution where he is incarcerated requires inmates to maintain a "reserve" in the amount of $10.00.

        The order directing Petitioner to pay the $5.00 fee was based upon the fact that Petitioner received average monthly deposits of $22.09 during the six-month period preceding the filing of the petition (*see* Doc. 4).  Upon review of Petitioner's inmate account statement, the court notes that Petitioner provided account information for only the two-month period preceding the filing of his petition (*see* Doc. 2); therefore, the court underestimated his average monthly deposits.  Indeed, Petitioner's average monthly deposits totaled $66.28 ($132.55 during the two-month period).  The court additionally notes that Petitioner made "store purchase[s]" in the amount of $111.30 during that period.  Therefore, the court concludes that Petitioner is indeed able to pay the fee.  In light of Petitioner's claim that he is unable to pay the fee at this time, the court will grant him additional time to do so.

In conclusion, Petitioner has failed to show that the order issued July 11, 2007 was clearly erroneous or contrary to law, therefore, to the extent he seeks reconsideration of that order, his request shall be denied.  Petitioner is advised that he may obtain review of an order of this court on any pretrial matter by filing a motion for reconsideration with the district court, pursuant to 28 U.S.C. § 636(b)(1)(A), in which he must show that this court's order was clearly erroneous or contrary to law.

Accordingly, it is **ORDERED**:

1. Petitioner's Objection to Court Order (Doc. 6), construed as a motion for reconsideration, is **DENIED**.

2. On or before **SEPTEMBER 10, 2007**, Petitioner shall remit payment of the $5.00 filing fee.

3. Failure to comply with this order will result in a recommendation that this case be dismissed for Petitioner's failure to comply with an order of the court.

**DONE AND ORDERED** this 1st day of August 2007.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No.:  5:07cv157/RS/EMT