IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWARD T. RIDLEY,
    Petitioner,

vs.                                    Case No.: 5:07cv157/RS/EMT

ANDY SELLERS, Warden,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Petitioner commenced this action by filing a habeas petition under 28 U.S.C. § 2254 (Doc. 1).  On August 1, 2007, this court entered an order giving Petitioner until September 10, 2007, to pay the filing fee (Doc. 7).  Petitioner failed to respond to the order; therefore, on October 4, 2007, the court issued an order requiring Petitioner to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 17).  The time for compliance with the show cause order has now elapsed and Petitioner has not paid the filing fee or asserted his inability to do so, nor has he sought leave to proceed in forma pauperis.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

        At Pensacola, Florida, this 30th day of October 2007.

                                    /s/ *Elizabeth M. Timothy*
                                    **ELIZABETH M. TIMOTHY**
                                    **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**