IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EDWARD TYRONE RIDLEY,

    Petitioner,

vs.                                  CASE NO. 5:07cv157/RS

ANDY SELLERS, Warden,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 18) and Petitioner's untitled document (Doc. 23), which will be treated as objections. I have considered Petitioner's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice because of Petitioner's failure to comply with an order of the court.

3. The clerk is directed to close the file.

ORDERED on December 3, 2007.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**